

# Fourth Court of Appeals
## San Antonio, Texas

July 11, 2022

No. 04-22-00209-CR

Julius Earl **HARDEE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B20174
Honorable M. Rex Emerson, Judge Presiding

## O R D E R

Appellant's brief was due on June 30, 2022, and on that day, appellant requested an extension of time until July 13, 2022 to file his brief. After consideration, we **grant** the request and **order** appellant to file his brief **by July 13, 2022.**

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of July, 2022.

_____
Michael A. Cruz,
Clerk of Court